FLATBUSH WATER WORKS COMPANY, Respondent, v. THE PEOPLE OF THE STATE OF NEW YORK, Appellant. THE CITY OF NEW YORK and Others, Respondents. (Appeal No. 1.) — Order denying motion to dismiss complaint as to defendant People of the State of New York reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the

ground that the People of the State of New York cannot be sued without their consent. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.